ACCEPTED
04-15-00318-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/17/2015 10:24:53 AM
KEITH HOTTLE
CLERK



R. RUSSELL HOLLENBECK
hollenbeck@wrightclose.com

Board Certified Civil Appellate Law
Texas Board of Legal Specialization

November 17, 2015

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/17/2015 10:24:53 AM
KEITH E. HOTTLE
Clerk

***Via Electronic Submission***
Hon. Keith H. Hottle, Clerk
Fourth Court of Appeals
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

Re:   No. 04-15-00318-CV; *Gemini Insurance Company and Berkley Oil and Gas Specialty Services, LLC v. Drilling Risk Management, Inc.*; In the Fourth Court of Appeals, San Antonio, Texas.

Dear Mr. Hottle:

The undersigned is counsel for Appellants in the above-referenced matter. Please consider this correspondence as an Amended Certificate of Compliance for Appellants' recently filed brief, which incorrectly noted that the brief contained 15,749 words.

In fact, the undersigned certifies that Appellants' brief is in compliance with Texas Rule of Appellate Procedure 9.4 because it contains 14,977 words and has been prepared in a proportionally spaced typeface using Microsoft Word 2007 in 14-point Times New Roman font for text and 12-point Times New Roman font for footnotes, which meets the typeface requirements.

A copy of this correspondence is being forward to all counsel. Please do not hesitate to contact me if you have any questions or need additional information.

Yours very truly,

/s/ *R. Russell Hollenbeck*
R. Russell Hollenbeck

RRH:jcr

WRIGHT & CLOSE, LLP
ONE RIVERWAY, SUITE 2200, HOUSTON, TEXAS 77056 • TEL: 713.572.4321 • FAX: 713.572.4320

Hon. Keith H. Hottle, Clerk
The Fourth District Court of Appeals
November 17, 2015
Page 2

*cc via electronic submission:*

Catherine M. Stone
LANGLEY & BANACK, INC.
745 E. Mulberry Avenue, Suite 900
San Antonio, Texas 78212
cstone@langleybanack.com

Steve Skarnulis
Charles J. Cain
CAIN & SKARNULIS, LLP
400 W. 15th Street, Suite 900
Austin, Texas 78701
skarnulis@cstrial.com
ccain@cstrial.com